IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JERRY POLLOCK as Personal Representative for the Estate of LAURIE CREASEY,<br><br>             Plaintiff,<br><br>    vs.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.; VERIZON WIRELESS SERVICES; and WIRELESS ADVOCATES LLC,<br><br>             Defendant. | CV 19–160–M–DLC<br><br><br>ORDER |

Before the Court is the Plaintiff's Status Report and Motion to Amend Caption.  (Doc. 9.)

IT IS ORDERED that the motion (Doc. 9) is GRANTED.  The caption is amended to reflect Jerry Pollock's status as personal representative for the estate of Laurie Creasey.

IT IS FURTHER ORDERED that the stay entered on October 23, 2019 is LIFTED.  A preliminary pretrial conference will be set by separate order.

DATED this 30th day of April, 2020.

Dana L. Christensen, District Judge
United States District Court