IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JERRY POLLOCK, as Personal Representative for the Estate of LAURIE CREASEY, | CV 19–160–M–DLC |
| Plaintiff, | ORDER |
| vs. | |
| SAMSUNG ELECTRONICS AMERICA, INC., a New Jersey Corporation; VERIZON WIRELESS SERVICES; and WIRELESS ADVOCATES LLC, | |
| Defendants. | |

On March 18, 2021, the Court granted Defendant Samsung Electronics America, Inc.'s ("Samsung") motion to admit Thomas M. DeMicco to practice *pro hac vice* in this case.  (Docs. 28, 29.)  The Court advised Samsung, however, that Mr. DiMicco's admission was subject to withdrawal unless he filed a pleading within 15 days of the Order acknowledging the terms set forth therein.  (Doc. 29 at 2.)  Fifteen days came and went without word from Mr. DiMicco.

On April 16, 2021, the Clerk's Office emailed local counsel for Samsung, reminding them of the conditions of Mr. DiMicco's admission.  The email was met with silence.

- 1 -

Thus, pursuant to Mr. DiMicco's failure to comply with this Court's Order (Doc. 29), IT IS ORDERED that it is WITHDRAWN, and Mr. DiMicco's admission to appear *pro hac vice* in this case is REVOKED.

Dated this 23rd day of April, 2021.

*/s/ Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court