IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JERRY POLLOCK, as Personal Representative for the Estate of LAURIE CREASEY,<br><br>             Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., a New Jersey Corporation; VERIZON WIRELESS SERVICES; and WIRELESS ADVOCATES LLC,<br><br>             Defendants. | CV 19–160–M–DLC<br><br><br>ORDER |

Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 31),

IT IS ORDERED that this matter is DISMISSED with prejudice, each party to bear its own costs and fees. To the extent that the Stipulation is filed as a motion, the motion (Doc. 31) is GRANTED. The trial set for November 15, 2021 and all other deadlines are VACATED.

Dated this 11th day of June, 2021.

_____
Dana L. Christensen, District Judge
United States District Court